**IN THE SUPREME COURT**

10 June 2015

| 364P14 | Daniel Joseph Truhan v. Susan P. Walston and David M. Walston, and Third-Party Plaintiff, Susan P. Walston v. North Carolina Farm Bureau Mutual Insurance Company, United Services Automobile Association, and Western Surety Company | 1. Plt & Third Party Def's (Western Surety) PDR Under N.C.G.S. § 7A-31 (COA14-43) | 1. Denied |
| | | 2. N.C. Association of Chiefs of Police's Motion for Leave to File *Amicus* Brief | 2. Dismissed as moot |
| | | 3. N.C. Association of County Commissioners' Motion for Leave to File *Amicus* Brief | 3. Dismissed as moot |
| | | 4. New Hanover County's Motion for Leave to File *Amicus* Brief | 4. Dismissed as moot |
| | | 5. Durham County's Motion for Leave to File *Amicus* Brief | 5. Dismissed as moot |
| | | 6. City of Winston-Salem's Motion for Leave to File *Amicus* Brief | 6. Dismissed as moot |
| | | 7. Pasquotank County's Motion for Leave to File *Amicus* Brief | 7. Dismissed as moot |
| | | 8. Catawba County's Motion for Leave to File *Amicus* Brief | 8. Dismissed as moot |
| | | 9. Third-Party Defs' (United Services Automobile Association & N.C. Farm Bureau) PDR Under N.C.G.S. § 7A-31 | 9. Denied |
| | | 10. Gaston County's Motion for Leave to File *Amicus* Brief | 10. Dismissed as moot |
| | | 11. Town of Franklin's Motion for Leave to File *Amicus* Brief | 11. Dismissed as moot |
| | | 12. Lincoln County's Motion for Leave to File *Amicus* Brief | 12. Dismissed as moot |
| | | 13. Brunswick County's Motion for Leave to File *Amicus* Brief | 13. Dismissed as moot |
| | | 14. N.C. Sheriff's Assoc. Motion for Leave to File *Amicus* Brief | 14. Dismissed as moot |
| | | 15. Haywood County's Motion for Leave to File *Amicus* Brief | 15. Dismissed as moot |
| | | 16. Macon County's Motion for Leave to File *Amicus* Brief | 16. Dismissed as moot |
| 370P14 | State v. Donald Eugene Borders | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1208) | Denied<br><br>**Ervin, J., recused** |